**98–1398.  State ex rel. Pilgrim v. Ohio Dept. of Rehab. & Corr.**
In Mandamus.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.

**98–1411.  State ex rel. Hudson v. Ohio Adult Parole Auth.**
In Prohibition.  On answer of respondent.  Answer treated as motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1418.  Fetzer v. Morgan.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1481.  Key v. Mohr.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1505.  State ex rel. Beane v. Ohio Adult Parole Auth.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1539.  Russell v. Mitchell.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–1549.  Bocook v. Huffman.**
In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

# MOTION DOCKET

**97–1013.  State ex rel. Toledo Blade Co. v. Hancock Cty. Bd. of Commrs.**
In Mandamus.  On bill and documentation in support of request for attorney fees.  Attorney fees granted in the amount of $5,628 plus costs of $140.

**98–206.  Sasaki v. McKinnon.**
Cuyahoga App. No. 71941.  On motion for admission *pro hac vice* of J. Andrew Heaton.  Motion granted.

**98–449.  State ex rel. LTV Steel Co. v. Conrad.**
In Mandamus and Procedendo.  On answer of respondents.  *Sua sponte,* alternative writs granted.